Fill in this information to identify the case:

United States Bankruptcy Court for the:
Western District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Ruse Auto Transport, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  4 5 – 1 6 0 8 2 6 5

**4. Debtor's address**

Principal place of business:
401 Counts Estates Drive
Number   Street
Dripping Springs, TX 78620
City   State   ZIP Code

Hays
County

Mailing address, if different from principal place of business:
Number   Street
City   State   ZIP Code

Location of principal assets, if different from principal place of business:
Number   Street
City   State   ZIP Code

**5. Debtor's website (URL)**  www.ruseautotransport.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page **1**

Debtor   Ruse Auto Transport, Inc.
         Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
4 8 8 4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
         District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
         District _____ When _____
                                              MM / DD / YYYY
         Case number, if known _____

Debtor     Ruse Auto Transport, Inc.                                Case number *(if known)* _____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number       Street

_____
City                             State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
            Contact name     _____
            Phone               _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99       ☐ 1,000-5,000    ☐ 5,001-10,000       ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199   ☐ 200-999     ☐ 10,001-25,000                                   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor    Ruse Auto Transport, Inc.      Case number *(if known)* _____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/21/2024
              MM/ DD/ YYYY

X   /s/ Plamen Varbanov          Plamen Varbanov
Signature of authorized representative of debtor      Printed name

Title   Owner

**18. Signature of attorney**

X   /s/ Amy Wilburn      Date   01/21/2024
Signature of attorney for debtor           MM/ DD/ YYYY

Amy Wilburn
Printed name

Law Office of Amy Wilburn
Firm name

5900 Balcones Drive #17023
Number    Street

Austin          TX          78731
City          State          ZIP Code

(419) 482-8694          amy@amywilburnlaw.com
Contact phone          Email address

49583          WA
Bar number          State

Fill in this information to identify the case:

Debtor name: Ruse Auto Transport, Inc.

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AAA Freight, Inc.<br>17201 State St.<br>South Holland, IL 60473 | | Revolving Account | | | | $21,994.21 |
| 2 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 | | Credit Card | | | | $14,901.00 |
| 3 | Banc of America<br>Leasing & Capital LLC<br>PO Box 1943<br>Chicago, IL 60690 | | | | $650,000.00 | $200,000.00 | $575,500.00 |
| 4 | Bank of America<br>PO Box 15284<br>Wilmington, DE 19850 | | Credit Card | | | | $18,250.73 |
| 5 | Chase Bank<br>PO Box 44959<br>Indianapolis, IN 46244 | | Line of Credit | | | | $155,684.00 |
| 6 | Daimler Truck Financial Services USA LLC<br>14372 Heritage Parkway Suite 400<br>Fort Worth, TX 76177 | | | | | | $325,790.07 |
| 7 | Daimler Truck Financial Services USA LLC<br>14372 Heritage Parkway Suite 400<br>Fort Worth, TX 76177 | | | | | | $124,241.40 |
| 8 | Daimler Truck Financial Services USA LLC<br>14372 Heritage Parkway Suite 400<br>Fort Worth, TX 76177 | | | | | | $108,303.55 |

Debtor   Ruse Auto Transport, Inc.                                       Case number *(if known)*
       Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Daimler Truck Financial Services USA LLC<br><br>14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | PMSI | | $122,773.75 | $14,740.00 | $108,033.75 |
| 10 | Daimler Truck Financial Services USA LLC<br><br>14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | | | $124,000.12 | $58,900.00 | $65,100.12 |
| 11 | Daimler Truck Financial Services USA LLC<br><br>14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | | | $160,169.46 | $99,995.00 | $60,174.46 |
| 12 | Daimler Truck Financial Services USA LLC<br><br>14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | | | $153,512.78 | $99,995.00 | $53,517.78 |
| 13 | Daimler Truck Financial Services USA LLC<br><br>14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | | | $150,326.66 | $99,995.00 | $50,331.66 |
| 14 | FleetOne Holdings, LLC<br>PO Box 630038<br>Cincinnati, OH 45263-0038 | | Revolving Account | | | | $33,764.73 |
| 15 | Frederick Nelson<br>2131 SW 30th Dr<br>Gresham, OR 97080-9546 | | | | | | $5,427.76 |
| 16 | Intuit<br>2700 Coast Avenue<br>Mountain View, CA 94043 | | | | | | $76,726.97 |
| 17 | JPMCB Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | | Credit Card | | | | $38,681.22 |
| 18 | State of Illinois<br>Department of Licensing<br>320 West Washington Street 3rd Floor<br>, 62786 | | | | | | $2,235.58 |
| 19 | Translease Inc.<br>1400 W 62nd Ave<br>Denver, CO 80221 | | | | | | $33,179.74 |
| 20 | Vitatlity Simon<br>15028 Avenida Montuosa Apt D<br>San Diego, CA 92129 | | | | | | $8,363.93 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Ruse Auto Transport, Inc.**                                     CASE NO

                                                                                    CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    01/21/2024      Signature                 /s/ Plamen Varbanov

                                                                  Plamen Varbanov, Owner

AAA Freight, Inc.
17201 State St.
South Holland, IL 60473

American Express
PO Box 0001
Los Angeles, CA 90096

Banc of America
Leasing & Capital LLC
PO Box 1943
Chicago, IL 60690

Bank of America
PO Box 15284
Wilmington, DE 19850

BMO Bank NA
111 W. Monroe St
Chicago, IL 60603

Chase Bank
PO Box 44959
Indianapolis, IN 46244

Daimler Truck Financial
Services USA LLC
14372 Heritage Parkway Suite 400
Fort Worth, TX 76177

FleetOne Holdings, LLC
PO Box 630038
Cincinnati, OH 45263-0038

Frederick Nelson
2131 SW 30th Dr
Gresham, OR 97080-9546

Internal Revenue Service
Centralized Insolvency Division
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit
2700 Coast Avenue
Mountain View, CA 94043

JPMCB Card
PO Box 15369
Wilmington, DE 19850-5369

Rayko Daskalov
#2 Second Floor
Ruse, Bulgaria 7000

Sabije Demir
01/15
Stip 2000
North Macedonia

SBA
409 3rd St SW
Washington, DC 20416

State of Illinois
Department of Licensing
320 West Washington Street 3rd Floor
62786

Texas Comptroller of Public
Accounts
PO Box 13528
Austin, TX 78711

Translease Inc.
1400 W 62nd Ave
Denver, CO 80221

UMB BANK, N.A.
1010 Grand Boulevard
Kansas City, MO 64106

Plamen Varbanov
401 Counts Estates Dr
Dripping Springs, TX 78620

Vitatlity Simon
15028 Avenida Montuosa Apt D
San Diego, CA 92129