Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $2,007,514.94 |
| b. Total debts (including debts listed in 2.c., below) | $3,632,950.76 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

secured ☐   unsecured ☐   subordinated ☐   _____   _____

d. Number of shares of preferred stock   _____

e. Number of shares common stock   _____

Comments, if any: _____

_____

3. Brief description of debtor's business _____Vehicle Transport_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

_____

_____

_____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Ruse Auto Transport, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 24-10050 |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/04/2024___          X  /s/ Plamen Varbanov _____
　　　　　　　MM/  DD/  YYYY                    Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　　　　Plamen Varbanov _____
　　　　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　　　　Owner _____
　　　　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name **Ruse Auto Transport, Inc.**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): **24-10050**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $0.00 |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Chase Bank | Checking account | 0 7 3 5 | $0.00 |
| 3.2. Bank of America | Checking account | 5 9 8 3 | $7,239.94 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1** | | | $7,239.94 |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 | |

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* | 24-10050 |
|---|---|---|---|
| | Name | | |

| 7.2 | | |
|---|---|---|

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| 8.1 | | |
|---|---|---|
| 8.2 | | |

**9.  Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

| 11a. 90 days old or less: | **$18,865.00** | - | **$0.00** | =..... ➔ | **$18,425.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | | - | | =..... ➔ | |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$18,425.00**

---

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | | |
|---|---|---|---|
| 14.2 | | | |

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                                 % of ownership:

| 15.1 | | | |
|---|---|---|---|
| 15.2 | | | |

---

Debtor    **Ruse Auto Transport, Inc.**_____     Case number *(if known)* **24-10050**_____
          Name

---

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|---|---|---|---|

Describe:

16.1  _____     _____     _____

16.2  _____     _____     _____

| 17. | **Total of Part 4** | | | ┌──────────┐ |
|---|---|---|---|---|

Add lines 14 through 16. Copy the total to line 83.                                    └──────────┘

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

| 23. | **Total of Part 5** | | | ┌──────────┐ |
|---|---|---|---|---|

Add lines 19 through 22. Copy the total to line 84.                                    └──────────┘

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

---

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* **24-10050** |
|---|---|---|
| | Name | |

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment: and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

| Debtor | Ruse Auto Transport, Inc. | Case number *(if known)* | 24-10050 |
|--------|---------------------------|--------------------------|----------|
|        | Name                      |                          |          |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| **39.** **Office furniture** | | | |
| Desks (14), Chairs (20), Computers (10), A/C Units (2), Conference Table, Telephones (17), Laptop, Refrigerator | $4,000.00 | | $4,000.00 |
| **40.** **Office fixtures** | | | |
| | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | $6,000.00 | | $6,000.00 |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |
| **43.** **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | $10,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------------------------------------------------------------------------------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2023 Western Star 4900SF / VIN: 5KKHAEDV8PPUD0938** | unknown | | $200,000.00 |
| 47.2 **2020 Western Star 4900SF / VIN: 5KKHAEDV6LPLZ8179** | unknown | | $58,900.00 |
| 47.3 **2022 Western Star 49X / VIN: 5KJBWD12NLNM4156** | unknown | | $99,995.00 |
| 47.4 **2022 Western Star 49x / VIN: 5KJBWD10NLNM4155** | unknown | | $99,995.00 |

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* **24-10050** |
|---|---|---|
| | Name | |

| 47.5 | **2022 Western Star 4900SF / VIN: 5KKHAEDVXNPNF6263** | unknown | $282,950.00 |
|---|---|---|---|
| 47.6 | **2022 Western Star 4900SF / VIN: KKHAEDV6NPNF6227** | unknown | $282,950.00 |
| 47.7 | **2022 Western Star 4900SF / VIN: 5KKHAEDV3NPNF6265** | unknown | $282,950.00 |
| 47.8 | **2017 Cottrell 530 / VIN: 5E0AU1748HG883601** | unknown | $41,950.00 |
| 47.9 | **2023 Lohr G20BL / VIN: 1L9L6CV23NL593585** | unknown | $141,475.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 | **2020 Cottrell CX-07LS / VIN: 5E0AU1741LG463901** | unknown | $52,875.00 |
|---|---|---|---|
| 48.2 | **2023 Lohr G20BL / VIN: 1L9L6CV24PL593629** | unknown | $141,475.00 |
| 48.3 | **2020 Western Star 4900SF / VIN: 5KKHAEDV4LPLU 1558**<br>**444,753 miles** | unknown | $58,900.00 |
| 48.4 | **2020 Cottrell CX-09LSFA / VIN: 50AA1645LG459201** | unknown | $47,975.00 |
| 48.5 | **2022 Western Star 49x / VIN: 5KJBWD1XNLNN5552** | unknown | $99,995.00 |
| 48.6 | **2022 Lohr / VIN: 1L9L6CV20NL593575** | unknown | $14,740.00 |
| 48.7 | **2022 Lohr / VIN: 1L9L6CV26NL593581** | unknown | $14,740.00 |

49. **Aircraft and accessories**

| 49.1 | | | |
|---|---|---|---|
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | **2020 Lohr / VIN: 1L9D6CV29LN593340** | unknown | $49,975.00 |
|---|---|---|---|

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.

| $1,971,840.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* | 24-10050 |
|---|---|---|---|
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites**<br>Website: www.ruseautotransport.com | $10.00 | | $10.00 |
| 62. **Licenses, franchises, and royalties**<br>_____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | _____ | _____ | _____ |

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* | **24-10050** |
|---|---|---|---|
| | Name | | |

---

65. **Goodwill**

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

    | | **$10.00** |
    |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 11:**   All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = ➔ _____

    Total face amount          doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax year _____  _____

    _____  Tax year _____  _____

    _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

    _____  _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____

    Nature of claim   _____

    Amount requested  _____

---

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* **24-10050** |
|---|---|---|
| | Name | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____        _____

**Nature of claim**        _____

**Amount requested**        _____

76. **Trusts, equitable or future interests in property**

_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____        _____

_____        _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.        | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,239.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,425.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,971,840.00 | |
| 88. **Real property.** *Copy line 56, Part 9*............................................... ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $2,007,514.94 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $2,007,514.94 |

Fill in this information to identify the case:

Debtor name ___Ruse Auto Transport, Inc.___

United States Bankruptcy Court for the: ___Western___ District of ___Texas___
(State)

Case number (if known): ___24-10050___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>Banc of America | **Describe debtor's property that is subject to a lien**<br>2023 Western Star 4900SF | $650,000.00 | $200,000.00 |

**Creditor's mailing address**

Leasing & Capital LLC

PO Box 1943

Chicago, IL 60690

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Creditor's email address, if known**

_____

**Date debt was incurred** ___10/29/2021___

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   1) Translease Inc.; **2) Banc of America**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,256,920.63

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

## Part 1:     Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2  Creditor's name**

BMO Bank NA

**Creditor's mailing address**

111 W. Monroe St

Chicago, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**      3/1/20

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) BMO Bank NA**; 2) SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Cottrell CX-07LS

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$44,496.24     $52,875.00

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page _2_ of _20_

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

**Date debt was incurred**     12/27/2019

**Last 4 digits of account number**     6  0  0  1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     For 2020 Cottrell CX-09LSFA:
     **1) Daimler Truck Financial Services USA LLC**; 2) SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Western Star 4900SF, 2020 Cottrell CX-09LSFA

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$64,755.23 (Column A)

$106,875.00 (Column B)

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4 Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  6  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $325,790.07 | unknown |

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) 24-10050 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5 Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**        6/29/22

**Last 4 digits of account number**        3  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Western Star 4900SF

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$124,000.12

$58,900.00

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.6** **Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**      10/28/21

**Last 4 digits of account number**      7  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Western Star 49X

$150,326.66        $99,995.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **Column A** | **Column B** |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.7   Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**      11/15/21

**Last 4 digits of account number**      8   0   0   1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Western Star 49x            $153,512.78        $99,995.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.8** Creditor's name

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/10/21

**Last 4 digits of account number**   9  0  0  1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Western Star 49x

$160,169.46     $99,995.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.9**

**Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**  2/2/22

**Last 4 digits of account number**  2  0  0  1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For 2022 Western Star 4900SF: **1) Daimler Truck Financial Services USA LLC**; 2) SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Western Star 4900SF, 2022 Lohr

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $109,200.64 | $297,690.00 |

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.10** Creditor's name

Daimler Truck Financial Services USA LLC

**Describe debtor's property that is subject to a lien**

$108,303.55          unknown

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**    2  0  0  1

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.11** **Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

**Date debt was incurred** 3/1/22

**Last 4 digits of account number** 1 0 0 1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      For 2022 Western Star 4900SF: **1) Daimler Truck Financial Services USA LLC**; 2) SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Western Star 4900SF, 2023 Lohr G20BL

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $125,232.55

Column B: $424,425.00

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
**Value of collateral
that supports this
claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.12** **Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   1   0   0   1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$124,241.40    unknown

| Debtor | Ruse Auto Transport, Inc. | | Case number (if known) | 24-10050 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.13** **Creditor's name**

Daimler Truck Financial Services USA LLC

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**    3/1/23

**Last 4 digits of account number**    6  0  0  1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Daimler Truck Financial Services USA LLC**; 2) SBA

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Western Star 4900SF

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| $205,398.91 | $282,950.00 |

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) 24-10050 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.14** **Creditor's name**

Daimler Truck Financial Services USA LLC

**Describe debtor's property that is subject to a lien**

2022 Lohr

$122,773.75        $14,740.00

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Describe the lien**

PMSI

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**        5/18/22

**Last 4 digits of account number**        6  0  0  1

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

Daimler Truck Financial Services USA LLC

$61,528.42                $49,975.00

**Creditor's mailing address**

14372 Heritage Parkway Suite 400

Fort Worth, TX 76177

**Creditor's email address, if known**

_____

**Date debt was incurred**        6/29/22

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Daimler Truck Financial Services USA LLC**; 2) SBA

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Lohr

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | | Case number (if known) | 24-10050 |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.16 Creditor's name**

SBA

**Creditor's mailing address**

409 3rd St SW

Washington, DC 20416

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   **See continuation page.**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 0.03%

**Describe debtor's property that is subject to a lien**

2022 Western Star 4900SF, 2020 Lohr, 2023 Lohr G20BL, 2020 Cottrell CX-09LSFA, 2017 Cottrell 530, 2022 Western Star 4900SF, 2020 Cottrell CX-07LS, 2022 Western Star 4900SF

Amount of claim: $534,181.11
Value of collateral: $1,183,100.00

**Describe the lien**

SBA Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.17** **Creditor's name**

Translease Inc.

**Describe debtor's property that is subject to a lien**

$33,179.74    unknown

**Creditor's mailing address**

1400 W 62nd Ave

Denver, CO 80221

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   10/13/22

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18** **Creditor's name**

Translease Inc.

**Creditor's mailing address**

1400 W 62nd Ave

Denver, CO 80221

**Creditor's email address, if known**

**Date debt was incurred**          9/15/22

**Last 4 digits of account number**          __ __   __ __   __ __   __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is specified on lines 2.1, 2.16

**Describe debtor's property that is subject to a lien**

2023 Western Star 4900SF, 2023 Lohr G20BL          $125,500.00          $341,475.00

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) | 24-10050 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.19** Creditor's name

UMB BANK, N.A.

Describe debtor's property that is subject to a lien

2017 Cottrell 530 — $34,330.00 | $41,950.00

**Creditor's mailing address**

1010 Grand Boulevard

Kansas City, MO 64106

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines  2.16

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) 24-10050 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

| **2.16** | **Creditor's name** | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | SBA | For 2022 Western Star 4900SF: 1) Daimler Truck Financial Services USA LLC; **2) SBA**; For 2020 Lohr: 1) Daimler Truck Financial Services USA LLC; **2) SBA**; For 2023 Lohr G20BL: 1) Translease Inc.; **2) SBA**; For 2020 Cottrell CX-09LSFA: 1) Daimler Truck Financial Services USA LLC; **2) SBA**; For 2017 Cottrell 530: 1) UMB BANK, N.A.; **2) SBA**; For 2022 Western Star 4900SF: 1) Daimler Truck Financial Services USA LLC; **2) SBA**; For 2020 Cottrell CX-07LS: 1) BMO Bank NA; **2) SBA**; For 2022 Western Star 4900SF: 1) Daimler Truck Financial Services USA LLC; **2) SBA** |

Fill in this information to identify the case:

Debtor name _____ Ruse Auto Transport, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ 24-10050 _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Frederick Nelson

2131 SW 30th Dr

Gresham, OR 97080-9546

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$5,427.76**    Priority amount: **$5,427.76**

**2.2** Priority creditor's name and mailing address
Internal Revenue Service

Centralized Insolvency Division

P.O. Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* | **24-10050** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 1:** Additional Page</div>

**2.3** Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**PO Box 13528**

**Austin, TX 78711**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:  **unknown**   **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Vitatlity Simon**

**15028 Avenida Montuosa Apt D**

**San Diego, CA 92129**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:  **$8,363.93**   **$8,363.93**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* | **24-10050** |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**AAA Freight, Inc.**

**17201 State St.**

**South Holland, IL 60473**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Revolving Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$21,994.21**

---

**3.2** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 0001**

**Los Angeles, CA 90096**

Date or dates debt was incurred _____

Last 4 digits of account number __2__ __0__ __0__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$14,901.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 15284**

**Wilmington, DE 19850**

Date or dates debt was incurred _____

Last 4 digits of account number __5__ __9__ __8__ __3__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$18,250.73**

---

**3.4** Nonpriority creditor's name and mailing address

**Chase Bank**

**PO Box 44959**

**Indianapolis, IN 46244**

Date or dates debt was incurred _____

Last 4 digits of account number __9__ __0__ __0__ __1__

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Amount of claim: **$155,684.00**

| Debtor | Ruse Auto Transport, Inc. | Case number *(if known)* | 24-10050 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

**3.5** **Nonpriority creditor's name and mailing address**

FleetOne Holdings, LLC

PO Box 630038

Cincinnati, OH 45263-0038

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $33,764.73
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Revolving Account

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

Intuit

2700 Coast Avenue

Mountain View, CA 94043

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Remarks: 10.11%

**As of the petition filing date, the claim is:**    $76,726.97
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

JPMCB Card

PO Box 15369

Wilmington, DE 19850-5369

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $38,681.22
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Credit Card

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

State of Illinois

Department of Licensing

320 West Washington Street 3rd Floor

62786

Date or dates debt was incurred    2018

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $2,235.58
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor | **Ruse Auto Transport, Inc.** | Case number *(if known)* | **24-10050** |
| --- | --- | --- | --- |
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $13,791.69 |
| 5b. | **Total claims from Part 2** | 5b. + | $362,238.44 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $376,030.13 |

| Fill in this information to identify the case: |
|---|
| Debtor name       Ruse Auto Transport, Inc. |
| United States Bankruptcy Court for the: |
|      Western District of Texas |
| Case number (if known):    24-10050     Chapter   11 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Auto Transportation | 24-7 Auto Transport, Inc. |
| | | Contract to be ASSUMED | 20771 Shadow Rock Lane |
| | State the term remaining | 0 months | Trabuco Canyon, CA 92679 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Auto Transporation | AAA Anytime Inc. |
| | | Contract to be ASSUMED | 7635 Dean Martin Dr |
| | State the term remaining | 0 months | Las Vegas, NV 89139 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Auto Transporation | AirRyd LLC |
| | | Contract to be ASSUMED | 255 E Chandler Heights Rd Ste 23 |
| | State the term remaining | 0 months | Chandler, AZ 85249 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Auto Transporation | CG Auto Logistics Inc |
| | | Contract to be ASSUMED | 14328 Finsbury Drive |
| | State the term remaining | 0 months | Spring Hill, FL 34609 |
| | List the contract number of any government contract | | |

| Debtor | Ruse Auto Transport, Inc. | Case number *(if known)* | 24-10050 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest: Auto Transporation <br> Contract to be ASSUMED <br> State the term remaining: 0 months <br> List the contract number of any government contract: | Philly Auto <br> 4530 Torresdale Ave <br> Philadelphia, PA 19124 |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest: Auto Transporation <br> Contract to be ASSUMED <br> State the term remaining: 0 months <br> List the contract number of any government contract: | Ramirez Autoz Inc <br> 18687 11th St <br> Bloomington, CA 92316 |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest: Office Space <br> Contract to be ASSUMED <br> State the term remaining: 45 months <br> List the contract number of any government contract: | Rayko Daskalov <br> #2 Second Floor Ruse, Bulgaria 7000 |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest: Auto Transporation <br> Contract to be ASSUMED <br> State the term remaining: 0 months <br> List the contract number of any government contract: | RoadRunner Auto Transport <br> 15 Grumman Rd W Ste 1500 <br> Bethpage, NY 11714 |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest: Auto Transporation <br> Contract to be ASSUMED <br> State the term remaining: 0 months <br> List the contract number of any government contract: | RoadRunner Auto Transport <br> 15 Grumman Rd W Ste 1500 <br> Bethpage, NY 11714 |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest: Auto Transporation <br> Contract to be ASSUMED <br> State the term remaining: 0 months <br> List the contract number of any government contract: | RoadRunner Auto Transport <br> 15 Grumman Rd W Ste 1500 <br> Bethpage, NY 11714 |

| Debtor | Ruse Auto Transport, Inc. | Case number *(if known)* | 24-10050 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.11**

State what the contract or lease is for and the nature of the debtor's interest — Auto Transporation

Contract to be ASSUMED

State the term remaining — 0 months

List the contract number of any government contract

RoadRunner Auto Transport
15 Grumman Rd W Ste 1500
Bethpage, NY 11714

**2.12**

State what the contract or lease is for and the nature of the debtor's interest — Auto Transporation

Contract to be ASSUMED

State the term remaining — 0 months

List the contract number of any government contract

RoadRunner Auto Transport
15 Grumman Rd W Ste 1500
Bethpage, NY 11714

**2.13**

State what the contract or lease is for and the nature of the debtor's interest — Office Space

Contract to be ASSUMED

State the term remaining — 9 months

List the contract number of any government contract

Sabije Demir
01/15 Stip 2000 North Macedonia

**2.14**

State what the contract or lease is for and the nature of the debtor's interest — Auto Transportation

Contract to be ASSUMED

State the term remaining — 0 months

List the contract number of any government contract

Scott's Auto Carrier Inc
2665 Spice Ridge Rd
Stanford, KY 40484

**2.15**

State what the contract or lease is for and the nature of the debtor's interest — Auto Transporation

Contract to be ASSUMED

State the term remaining — 0 months

List the contract number of any government contract

SGT Auto Transport
220 N Main St Ste500
Greenville, SC 29601

Fill in this information to identify the case:

Debtor name **Ruse Auto Transport, Inc.**

United States Bankruptcy Court for the: **Western** District of **Texas**
                                                              (State)

Case number (If known): **24-10050**

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.**
**Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
   **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
   creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Varbanov, Plamen | 401 Counts Estates Dr | Intuit | ☐ D  ☑ E/F  ☐ G |
| | | Street | | |
| | | Dripping Springs, TX 78620 | SBA | ☑ D  ☐ E/F  ☐ G |
| | | City          State          ZIP Code | | |
| 2.2 | _____ | Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          ZIP Code | | |
| 2.3 | _____ | Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          ZIP Code | | |
| 2.4 | _____ | Street | _____ | ☐ D  ☐ E/F  ☐ G |
| | | City          State          ZIP Code | | |

| Debtor | **Ruse Auto Transport, Inc.** | Case number (if known) **24-10050** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

| Official Form 206H | **Schedule H: Codebtors** | page _2_ of _2_ |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name _____ Ruse Auto Transport, Inc. _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ 24-10050 _____  Chapter ___ 11 ___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

|  |
|---|
| $0.00 |

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*..............................................................................

|  |
|---|
| $2,007,514.94 |

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................

|  |
|---|
| $2,007,514.94 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

|  |
|---|
| $3,256,920.63 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

|  |
|---|
| $13,791.69 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................

|  |
|---|
| +      $362,238.44 |

4. **Total liabilities**.................................................................................................................

   Lines 2 + 3a + 3b

|  |
|---|
| $3,632,950.76 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ruse Auto Transport, Inc. |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 24-10050 |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $219,513.69 |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY     MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,240,265.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY     MM/ DD/ YYYY | _____ | _____ |

| Debtor | Ruse Auto Transport, Inc. | | Case number (if known) | 24-10050 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. 4B Diesel Services <br> Creditor's name <br> 4808 Lee Manor Cv <br> Street <br><br> Manor, TX 78653 <br> City  State  ZIP Code | Previous 90 Days | $10,752.97 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.2. AAA Freight, Inc. <br> Creditor's name <br> 17201 State St. <br> Street <br><br> South Holland, IL 60473 <br> City  State  ZIP Code | Previous 90 Days | $122,039.10 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.3. BRC <br> Creditor's name <br><br> Street <br><br> City  State  ZIP Code | Previous 90 Days | $7,741.00 | ☐ Secured debt <br> ☑ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.4. Comdata <br> Creditor's name <br> 5301 Maryland Way <br> Street <br><br> Brentwood, TN 37027 <br> City  State  ZIP Code | Previous 90 Days | $11,865.14 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.5. Compass Holding <br> Creditor's name <br> 15W580 N Frontage Rd <br> Street <br><br> Willowbrook, IL 60527 <br> City  State  ZIP Code | Previous 90 Days | $7,651.91 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

Debtor  Ruse Auto Transport, Inc.                                    Case number (if known)    24-10050
_____
Name

| 3.6. | Chase Bank | Previous 90 | $7,741.00 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | Days | | ☑ Unsecured loan repayments |
| | PO Box 6294 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | Carol Stream, IL 60197-6294 | | | |
| | City        State    ZIP Code | | | |

| 3.7. | Daimler Truck Financial Services USA LLC | Previous 90 | $60,379.87 | ☑ Secured debt |
|---|---|---|---|---|
| | Creditor's name | Days | | ☐ Unsecured loan repayments |
| | 14372 Heritage Parkway Suite 400 | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | Fort Worth, TX 76177 | | | |
| | City        State    ZIP Code | | | |

| 3.8. | First Insurance Funding | Previous 90 | $50,244.40 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | Days | | ☐ Unsecured loan repayments |
| | 450 Skokie Blvd | | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | | | | ☐ Other _____ |
| | Northbrook, IL 60062 | | | |
| | City        State    ZIP Code | | | |

| 3.9. | Intuit | Previous 90 | $18,640.94 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | Days | | ☑ Unsecured loan repayments |
| | 2700 Coast Avenue | | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | Mountain View, CA 94043 | | | |
| | City        State    ZIP Code | | | |

| 3.10. | RTS Wex | Previous 90 | $13,780.11 | ☐ Secured debt |
|---|---|---|---|---|
| | Creditor's name | Days | | ☐ Unsecured loan repayments |
| | 1 Hancock Street | | | ☑ Suppliers or vendors |
| | Street | | | ☐ Services |
| | | | | ☐ Other _____ |
| | Portland, ME 04101 | | | |
| | City        State    ZIP Code | | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   Ruse Auto Transport, Inc.                                          Case number *(if known)*   24-10050
         Name

| 4.1. | Varbanov, Plamen | 2023 | $60,000.00 | Salary |
|------|------------------|------|------------|--------|
| | Creditor's name | | | |
| | 401 Counts Estates Dr | | | |
| | Street | | | |
| | | | | |
| | Dripping Springs, TX 78620 | | | |
| | City              State       ZIP Code | | | |

| **Relationship to debtor** |
|---|
| Owner/Officer |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City              State       ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City              State       ZIP Code | | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor   24-10050-smr   Doc#16   Filed 02/04/24   Entered 02/04/24 19:01:17   Main Document   Pg 47 of
         Ruse Auto Transport, Inc.                                          58                          Case number (if known)  24-10050
                    Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Frederick Nelson v. Ruse Auto Transport et al | Wage Claim | Illinois Department of Labor <br> Name <br> 160 North La Sale St Suite C-1300 <br> Street <br> Chicago, IL 60601-3150 <br> City    State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | 20-S00605 | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | | | |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City    State   ZIP Code | | City    State   ZIP Code |
| | | **Date of order or assignment** | |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | | | | |
| | Recipient's name | | | |
| | Street | | | |
| | City    State   ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:** Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Debtor | Ruse Auto Transport, Inc. | Case number (if known) 24-10050 |
|---|---|---|
| | Name | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. Employee stole from company | | 2023 | $10,000.00 |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Law Office of Amy Wilburn LLC | Attorney's Fees | 1/21/2024 | $5,483.37 |
| **Address** | Filing Fees | 1/21/2024 | $1,738.00 |
| PO Box 1264 | | | |
| Street | | | |
| Perrysburg, OH 43552-1264 | | | |
| City State ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| Debtor | | | |

| 11.2. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Law Office of Amy Wilburn | Attorney's Fee | 1/21/2024 | $5,483.37 |
| **Address** | Filing Fee | 1/21/2024 | $1,738.00 |
| 5900 Balcones Drive #17023 | | | |
| Street | | | |
| Austin, TX 78731 | | | |
| City State ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor  Ruse Auto Transport, Inc.                                    Case number (if known)  24-10050
        Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Transwest Truck Trailer RV | 2019 Peterbilt 389 | 4/4/2022 | $170,000.00 |
| | **Address** | | | |
| | 20770 Interstate 76 | | | |
| | Street | | | |
| | Brighton, CO 80603-4000 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Unrelated | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Transwest Truck Trailer RV | 2022 Western Star 49x | 5/19/2022 | $183,000.00 |
| | **Address** | | | |
| | 20770 Interstate 76 | | | |
| | Street | | | |
| | Brighton, CO 80603-4000 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Unrelated | | | |

Debtor   Ruse Auto Transport, Inc.    24-10050-smr  Doc#16  Filed 02/04/24  Entered 02/04/24 19:01:17  Main Document   Pg 50 of
                                                                          58                     Case number (if known)    24-10050
         Name

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | Transwest Truck Trailer RV | 2022 Western Star 49x | 5/19/2022 | $183,000.00 |

| **Address** |
|---|
| 20770 Interstate 76 |
| Street |
| |
| Brighton, CO 80603-4000 |
| City                State      ZIP Code |

| **Relationship to debtor** |
|---|
| |

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 1758 Prospect Drive | From  4/2018   To  5/2021 |
| Street | |
| | |
| Hoffman Estates, IL 60192 | |
| City               State      ZIP Code | |

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | *Check all that apply:* |
| City          State     ZIP Code | | ☐ Electronically |
| | | ☐ Paper |

Name

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor  Ruse Auto Transport, Inc.  Case number (*if known*)  24-10050
_____  _____
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name _____ | _____ | _____ | ☐ Yes |
| | Street _____ | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | City     State    ZIP Code | _____ | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name _____ | _____ | _____ | ☐ Yes |
| | Street _____ | _____ | _____ | |
| | _____ | **Address** | _____ | |
| | City     State    ZIP Code | _____ | | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | _____ |
| Name _____ | _____ | _____ | |
| Street _____ | _____ | _____ | |
| _____ | | _____ | |
| City     State    ZIP Code | | _____ | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| | Street | | |
| | | | |
| | City           State     ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City           State     ZIP Code | City           State     ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City           State     ZIP Code | City           State     ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City       State     ZIP Code | _____<br><br>_____ | EIN:  _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Srejorich Accounting<br>Name<br><br>2340 South River Road<br>Street<br><br>_____<br><br>Des Plaines, IL 60018<br>City       State       ZIP Code | From 2016     To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City       State       ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  _____<br><br>_____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City       State       ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**26d.1.**

Name _____

Street _____

_____

City           State       ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

**27.1.**

Name _____

Street _____

_____

City           State       ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Plamen Varbanov | 401 Counts Estates Dr Dripping Springs, TX 78620 | Principal, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                          State        ZIP Code

**Relationship to debtor**


**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ — _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ — _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____02/04/2024_____
                    MM/ DD/ YYYY


X /s/ Plamen Varbanov                          Printed name _____Plamen Varbanov_____
  Signature of individual signing on behalf of the debtor


Position or relationship to debtor _____Owner_____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**     Ruse Auto Transport, Inc.

Case No. _____24-10050_____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ...................................................................... _____

Prior to the filing of this statement I have received ........................................................ _____

Balance Due ...................................................................................................................... _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................... _____$20,000.00

The undersigned shall bill against the retainer at an hourly rate of ....................................... _____$350.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____$1,738.00_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

      b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 02/04/2024 | /s/ Amy Wilburn |
| *Date* | Amy Wilburn |
| | *Signature of Attorney* |

Bar Number: 49583
Law Office of Amy Wilburn
5900 Balcones Drive #17023
Austin, TX 78731
Phone: (419) 482-8694

Law Office of Amy Wilburn
*Name of law firm*

---