UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>RUSE AUTO TRANSPORT, INC.<br><br>DEBTOR. | Case No.: 24-10050-smr<br><br>Chapter 11 (SBRA) |

**DEBTOR'S SUBCHAPTER V STATUS REPORT**

**PURSUANT TO 11 U.S.C. § 1188(c)**

NOW COMES Ruse Auto Transport, Inc., the Debtor and Debtor in Possession, by above-stated Counsel, and pursuant to 11 U.S.C. § 1188(c) submits this Status Report.

1. Type of Plan. The Debtors intend to pursue the following type of plan in this case:

    ☒ Consensual [§ 1191(a)]

    ☐ Nonconsensual [§ 1191(b)]

    ☐ Undetermined

2. Efforts to Formulate a Subchapter V Plan. The Debtor has not yet had any discussions with creditors regarding the formulation of a Subchapter V Plan.

3. Communications with Parties in Interest. The Debtor has had discussions with the following parties in interest concerning the Debtor's proposed Plan:

    ☐ Secured Creditors

    ☐ Priority Creditors

    ☒ Unsecured Creditors

    ☐ Equity Interest Holders

    ☐ The Subchapter V Trustee

☐ Others; Describe:

4. <u>Nature of Communications with Parties in Interest.</u> The Debtor is currently in discussions with counsel for Steven Bass of the U.S. DOJ regarding the formation and filing of a Consent Cash Collateral Order.

5. Does the Debtor intend to file a plan within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code?

☒ Yes ☐ No

6. <u>Anticipated Issues</u>. It is anticipated that the first month's Monthly Operating Report will be filed shortly. The Debtor is currently working on formulating the proposed Chapter 11 Plan.

Dated this 13th day of March , 2024.

Respectfully submitted,

/s/ Amy Wilburn
Amy Wilburn, Attorney for Debtor
Gravis Law, PLLC
7350 Cirque Drive W, Suite 102
University Place, WA 98467
awilburn@gravislaw.com
(253) 525-5808

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2024, a copy of the above pleading was mailed first class mail, postage prepaid, to all parties on the attached creditor mailing matrix.

```
Label Matrix for local noticing          Ruse Auto Transport, Inc.              U.S. BANKRUPTCY COURT
0542-1                                   401 Counts Estates Drive               903 SAN JACINTO, SUITE 322
Case 24-10050-smr                        Dripping Springs, TX 78620-4662        AUSTIN, TX 78701-2450
Western District of Texas
Austin
Wed Mar 13 09:21:45 CDT 2024

AAA Freight, Inc.                        American Express                       BMO Bank N.A.
17201 State St.                          PO Box 0001                            PO Box 3040
South Holland, IL 60473-2813             Los Angeles, CA 90096-0001             Cedar Rapids, IA 52406-3040



BMO Bank N.A.                            BMO Bank NA                            Banc of America
c/o James K. Haney, Esq.                 111 W. Monroe St                       Leasing & Capital LLC
WONG FLEMING, P.C.                       Chicago, IL 60603-4096                 PO Box 1943
821 Alexander Rd., Ste. 200                                                     Chicago, IL 60690-1943
Princeton, NJ 08540-6352


Bank of America                          Chase Bank                             Daimler Truck Financial Services USA LLC
PO Box 15284                             PO Box 44959                           14372 Heritage Parkway  Suite 400
Wilmington, DE 19850-5284                Indianapolis, IN 46244-0959            Fort Worth, TX 76177-3300



FleetOne Holdings, LLC                   Frederick Nelson                       Internal Revenue Service
PO Box 630038                            2131 SW 30th Dr                        Centralized Insolvency Division
Cincinnati, OH 45263-0038                Gresham, OR 97080-9546                 P.O. Box 7346
                                                                                Philadelphia, PA 19101-7346



(p)INTUIT INC C O CORPORATION SERVICE COMPANY   (p)JPMORGAN CHASE BANK  N A     JPMorgan Chase Bank, N.A.
251 LITTLE FALLS DRIVE                   BANKRUPTCY MAIL INTAKE TEAM            WANDA D. MURRAY
WILMINGTON DE 19808-1674                 700 KANSAS LANE FLOOR 01               ALDRIDGE PITE, LLP
                                         MONROE LA 71203-4774                   8880 RIO SAN DIEGO DRIVE, SUITE 725
                                                                                SAN DIEGO, CA 92108-1619


JPMorgan Chase Bank, N.A.                Plamen Varbanov                        Rayko Daskalov
s/b/m/t Chase Bank USA, N.A.             401 Counts Estates Dr                  #2 Second Floor
c/o Robertson, Anschutz, Schneid,        Dripping Springs, TX 78620-4662        Ruse, Bulgaria 7000
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

SBA                                      STEVEN B. BASS                         State of Illinois
409 3rd St SW                            Assistant United States Attorney       Department of Licensing
Washington, DC 20416-0005                903 San Jacinto Blvd., Suite 334       320 West Washington Street 3rd Floor 62786-00
                                         Austin, Texas 78701-2449



(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS  The County of Hays, Texas              Trans Lease, Inc.
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION  c/o McCreary, Veselka, Bragg & Allen  c/o Christopher V. Arisco
PO BOX 13528                             P.O. Box 1269                          Padfield & Stout, LLP
AUSTIN TX 78711-3528                     Round Rock, TX 78680-1269              420 Throckmorton Street, Suite 1210
                                                                                Fort Worth, TX 76102-3792


Trans Lease, Inc.                        Translease Inc.                        UMB BANK, N.A.
c/o Matthew B. Fronda                    1400 W 62nd Ave                        1010 Grand Boulevard
Padfield & Stout, LLP                    Denver, CO 80221-2400                  Kansas City, MO 64106-2225
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102-3792
```

| | | |
|---|---|---|
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Vitatlity Simon<br>15028 Avenida Montuosa Apt D<br>San Diego, CA 92129-1439 | Amy Wilburn<br>Law Office of Amy Wilburn LLC<br>5900 Balcones Drive, #17023<br>Austin, TX 78731-4257 |

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Intuit<br>2700 Coast Avenue<br>Mountain View, CA 94043 | JPMCB Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | (d)JPMorgan Chase Bank, N.A.<br>c/o Mark A. Jarman<br>P.O. Box 29550 Mail Code AZ2-0100<br>Phoenix, AZ 85038 |

Texas Comptroller of Public Accounts
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Sabije Demir<br>01/15<br>Stip 2000<br>North Macedonia | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     1<br>Total                   34 |